STATE OF NEW JERSEY v. EDGARDO GONZALEZ.

January 29, 1976. Petition for certification granted.

STATE OF NEW JERSEY v. RUSSIAN MADDOX.

January 29, 1976. Petition for certification granted.

EAST BRUNSWICK ASSOCIATES INVESTMENTS, INC. v. ARCHIE SCHWARTZ CO.

January 29, 1976. Petition for certification granted.

STATE OF NEW JERSEY v. PHILIP HOLDER, SR.

February 4, 1976. Petition for certification denied. (See 137 *N. J. Super.* 300)

RICHARD LEONI v. TOWNSHIP OF HAMILTON.

February 4, 1976. Petition for certification granted. (See 134 *N. J. Super.* 231)

STATE OF NEW JERSEY v. FRANK PEPE.

February 4, 1976. Petition for certification denied.